**Michael BARBER, Petitioner,**

v.

**STATE of Florida, Respondent.**

**Case No. 5D16–3515**

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 30, 2016

Michael Barber, Graceville, pro se.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 10, 2013 judgment and sentence in Case No. 2006–CF–2150, in the Circuit Court in and for Hernando County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, COHEN and LAMBERT, JJ., concur.